UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-1398
_____

UNITED STATES OF AMERICA

v.

QUINTRELL REYNOS,
                                        Appellant


PRESENT:   McKEE, Chief Judge, SLOVITER, SCIRICA, RENDELL, AMBRO,
           FUENTES, SMITH, FISHER, CHAGARES, JORDAN,
           HARDIMAN, GREENAWAY, JR. and VANASKIE, Circuit Judges


**ORDER**


A majority of the active judges having voted for rehearing *en banc* in the above captioned case, it is ordered that the petition for rehearing is GRANTED. The Clerk of this Court shall list the case for rehearing *en banc* at the convenience of the Court. The opinion and judgment entered May 22, 2012 are hereby vacated.


                                        By the Court,


                                        /s/ Theodore A. McKee
                                        Chief Judge

Date: June 21, 2012
DWB/cc:    Joseph T. Labrum, III, Esq.
           Robert A. Zauzmer, Esq.
           Megan S. Scheib, Esq.
           William J. Winning, Esq.